# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

In re: §
§
§
Crittenden Cares, Inc., § Case No. 3:14-14949
§
Debtor §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

A. JAN THOMAS, JR., Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 32,901,512.00              Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 796,408.86     Claims Discharged
                                                  Without Payment: 21,063,446.64

Total Expenses of Administration: 72,569.83

---

3) Total gross receipts of $ 868,978.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 868,978.69 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 72,569.83 | 72,569.83 | 72,569.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 128,912.00 | 128,912.00 | 128,912.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 22,118,796.00 | 21,730,943.50 | 667,496.86 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 22,320,277.83 | $ 21,932,425.33 | $ 868,978.69 |

4) This case was originally filed under chapter 7 on 09/12/2014 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2017      By:/s/A. JAN THOMAS, JR., Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 396.74 |
| BANK ACCOUNTS | 1129-000 | 80,055.10 |
| OTHER PERSONAL PROPERTY | 1224-000 | 988.23 |
| OTHER PERSONAL PROPERTY | 1229-000 | 787,538.62 |
| TOTAL GROSS RECEIPTS | | $ 868,978.69 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A. JAN THOMAS, JR. TRUSTEE | 2100-000 | NA | 46,698.93 | 46,698.93 | 46,698.93 |
| A. JAN THOMAS, JR. TRUSTEE | 2200-000 | NA | 2,904.49 | 2,904.49 | 2,904.49 |
| SURETIES, INTERNATIONAL | 2300-000 | NA | 15.54 | 15.54 | 15.54 |
| THOMAS, JR., A. JAN | 2300-000 | NA | 159.58 | 159.58 | 159.58 |
| Union Bank | 2600-000 | NA | 7,647.58 | 7,647.58 | 7,647.58 |
| AR SECRETARY OF STATE | 2820-000 | NA | 180.56 | 180.56 | 180.56 |
| ARKANSAS SECRETARY OF STATE | 2820-000 | NA | 525.28 | 525.28 | 525.28 |
| FOOTE, ELLEN STEELE | 2820-000 | NA | 48.69 | 48.69 | 48.69 |
| ZIEGENHORN, BART | 3210-000 | NA | 7,020.00 | 7,020.00 | 7,020.00 |
| ZIEGENHORN, BART | 3220-000 | NA | 6.24 | 6.24 | 6.24 |
| BKD | 3410-000 | NA | 582.66 | 582.66 | 582.66 |
| BKD, LLP | 3410-000 | NA | 4,724.32 | 4,724.32 | 4,724.32 |
| DEREK R. PIERCE, CPA | 3410-000 | NA | 1,942.46 | 1,942.46 | 1,942.46 |
| BKD, LLP | 3420-000 | NA | 113.50 | 113.50 | 113.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 72,569.83 | $ 72,569.83 | $ 72,569.83 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 128,912.00 | 128,912.00 | 128,912.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 128,912.00 | $ 128,912.00 | $ 128,912.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | 4-D SPECIALTIES | 7100-000 | NA | 150.00 | 150.00 | 0.00 |
| 000010 | ADEPT MED INT'L | 7100-000 | NA | 240.91 | 240.91 | 0.00 |
| 000035 | ANDREW LUTTRELL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | ANGIOSCORE, INC. | 7100-000 | NA | 1,174.60 | 1,174.60 | 0.00 |
| 000008 | ATIS ELEVATOR INSPECTIONS, LLC | 7100-000 | NA | 420.00 | 420.00 | 0.00 |
| 000026 | BOSTON SCIENTIFIC | 7100-000 | NA | 1,608.00 | 1,608.00 | 0.00 |
| 000006 | CARE MEDICAL INC | 7100-000 | NA | 3,418.50 | 3,418.50 | 0.00 |
| 000036 | CAROL C. MCCORMACK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000009 | CIVCO MEDICAL SOLUTIONS | 7100-000 | NA | 1,799.00 | 1,799.00 | 0.00 |
| 000007 | CURBELL MEDICAL PRODUCTS | 7100-000 | NA | 843.61 | 843.61 | 0.00 |
| 000003 | CUSTOM HEAT & AIR | 7100-000 | NA | 376.95 | 376.95 | 0.00 |
| 000033 | DAVID FORD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000038 | DAVID RAINS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000044 | DONNA B. LANIER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000020 | FARMER BROS. CO. | 7100-000 | NA | 1,838.84 | 1,838.84 | 0.00 |
| 000022 | FELTON COMMUNICATIONS | 7100-000 | NA | 785.00 | 785.00 | 0.00 |
| 000027 | FENTER PHYSICAL THERAPY | 7100-000 | NA | 93,522.00 | 93,522.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000037 | HERSHEL F. OWENS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000029 | JAMIE R. CARTER, JR. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000031 | JASON W. COLLARD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000039 | JULIO P. RUIZ | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000047 | LANNIE L. LANCASTER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000042 | LEVEN WILLIAMS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000002 | MASNER FURNITURE | 7100-000 | NA | 564.12 | 564.12 | 0.00 |
| 000050 | MCCARTNEY PRODUCE | 7100-000 | NA | 1,622.89 | 1,622.89 | 0.00 |
| 000040 | NESS S. SECHREST | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000013 | NURSEFINDERS LLC | 7100-000 | NA | 13,217.56 | 13,217.56 | 575.44 |
| 000016 | PAT KELLEY MAGRUDER ARCHITECTS AIA | 7100-000 | NA | 8,100.00 | 8,100.00 | 0.00 |
| 000017 | PAT KELLEY MAGRUDER ARCHITECTS AIA | 7100-000 | NA | 8,587.50 | 8,587.50 | 0.00 |
| 24-U | PENSION BENEFIT GROUP CORPORTATION | 7100-000 | NA | 1,251,498.00 | 1,251,498.00 | 54,485.20 |
| 000023 | PENSION BENEFIT GUARANTY CORPORATIO | 7100-000 | NA | 10,875,280.00 | 10,458,677.50 | 455,328.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | PENSION BENEFIT GUARANTY CORPORATIO | 7100-000 | NA | 3,520,698.38 | 3,520,698.38 | 153,277.15 |
| 000030 | RANDALL CATT | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000028 | REVPOINT HEALTHCARE TECHNOLOGIES, I | 7100-000 | NA | 41,778.00 | 41,778.00 | 0.00 |
| 000005 | SHELIA STINSON | 7100-000 | NA | 18,980.00 | 18,980.00 | 0.00 |
| 000043 | SHERRY L. LONDON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000049 | SOURCE ONE HEALTHCARE PROFESSIONALS | 7100-000 | NA | 59,228.20 | 59,228.20 | 2,578.56 |
| 000014 | SPECTRANETICS | 7100-000 | NA | 7,572.29 | 7,572.29 | 0.00 |
| 000018 | ST LOUIS BOILER SUPPLY | 7100-000 | NA | 216.30 | 216.30 | 0.00 |
| 000012 | STAFF CARE INC. | 7100-000 | NA | 128,466.03 | 128,466.03 | 0.00 |
| 000001 | STERIS CORPORATION | 7100-000 | NA | 5,465.18 | 5,465.18 | 0.00 |
| 000019 | SYNERGY TELECOM INC | 7100-000 | NA | 1,048.00 | 1,048.00 | 0.00 |
| 000015 | SYSCO MEMPHIS | 7100-000 | NA | 1,836.81 | 1,836.81 | 0.00 |
| 000032 | THOMAS F. DONALDSON, JR. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | TRI-ANIM HEALTH SERVICES, INC | 7100-000 | NA | 5,016.53 | 5,016.53 | 0.00 |
| 000046 | UMB BANK, N.A. | 7100-000 | NA | 6,063,442.80 | 6,063,442.80 | 0.00 |
| 000048 | W. BRAD MCCORMICK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000034 | WILLIAM JOHNSON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000041 | WILLIAM R. SULLIVAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000045 | KEITH INGRAM | 7100-001 | NA | 0.00 | 28,750.00 | 1,251.66 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 22,118,796.00 | $ 21,730,943.50 | $ 667,496.86 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 3:14-14949  PMJ  Judge: PHYLLIS MCKENZIE JONES  Trustee Name: A. JAN THOMAS, JR., Trustee
Case Name: Crittenden Cares, Inc.,  Date Filed (f) or Converted (c): 09/12/14 (f)
  341(a) Meeting Date: 10/17/14
For Period Ending: 05/09/17  Claims Bar Date: 01/02/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 11,846,285.00 | 0.00 | | 0.00 | FA |
| Land: 200 and 217 S. Woods, 120 W. Tyler, 308 S. Rhodes, 200 W. Tyler (.90 acres - rear), S. Rhodes Ext. (.06 acres), 200 W. Tyler (10 acres - rear) | | | | | |
| Buildings: 120 W. Tyler, Hospital (200 W. Tyler), Hamilton Clinic (308 S. Rhodes), Professional Offices (228 W. Tyler), Apartments (200 W. Tyler), Riverside Clinic (107 Nathan), Schoettle Center (200 W. Tyler), Women's Center (200 W. Tyler) | | | | | |
| Plant, Property & Equipment - Net: $11,846,285.00 | | | | | |
| 2. CASH ON HAND | 2,576,468.00 | 0.00 | | 0.00 | FA |
| Cash and cash equivalents | | | | | |
| 3. BANK ACCOUNTS | Unknown | 0.00 | | 80,055.10 | FA |
| see above | | | | | |
| 4. INTERESTS IN INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
| Liability-professional, general, excess; property-Chubb; commercial auto-Progressive | | | | | |
| 5. ACCOUNTS RECEIVABLE | 6,696,240.00 | 0.00 | | 396.74 | FA |
| Patient accounts receivable - net | | | | | |
| 6. MACHINERY, FIXTURES, AND BUSINESS E | 11,846,285.00 | 0.00 | | 0.00 | FA |
| Property, plant, equipment - net | | | | | |
| 7. OTHER PERSONAL PROPERTY | 938,019.00 | 0.00 | | 0.00 | FA |
| Inventories | | | | | |
| 8. OTHER PERSONAL PROPERTY | 5,694,455.00 | 0.00 | | 0.00 | FA |
| Estimated 3rd party settlements, investments, assets limited to use, investments in subs | | | | | |
| 9. OTHER PERSONAL PROPERTY (u) | 0.00 | 787,538.62 | | 787,538.62 | FA |
| 25% of escrow sale proceeds of certain home health care assets by | | | | | |

LFORM1  Ver: 20.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 3:14-14949 | PMJ | Judge: PHYLLIS MCKENZIE JONES | Trustee Name: | A. JAN THOMAS, JR., Trustee |
|---|---|---|---|---|---|
| Case Name: | Crittenden Cares, Inc., | | | Date Filed (f) or Converted (c): | 09/12/14 (f) |
| | | | | 341(a) Meeting Date: | 10/17/14 |
| | | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Arkansas Home Health Providers-III, LLC pursuant to Order dated 2/13/15 | | | | | |
| 10. OTHER PERSONAL PROPERTY (u) | 0.00 | 988.23 | | 988.23 | FA |
| United States Treasury refund 12/2014 | | | | | |
| Form 940, Employer's Annual Federal Unemployment (FUTA) Tax Return | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $39,597,752.00 | $788,526.85 | $868,978.69 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Partial Distribution approved by the court 10-29-15. Filing final tax returns .

Initial Projected Date of Final Report (TFR): 10/15/15      Current Projected Date of Final Report (TFR): 12/01/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 3:14-14949 -PMJ | Trustee Name: | A. JAN THOMAS, JR., Trustee |
| --- | --- | --- | --- |
| Case Name: | Crittenden Cares, Inc., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0519 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6486 | | |
| For Period Ending: | 05/09/17 | Blanket Bond (per case limit): | $ 60,956,170.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/14 | 3 | Fidelity National Bank<br>West Memphis, AR 72301 | Checking account #1082310 | 1129-000 | 5,579.03 | | 5,579.03 |
| 11/25/14 | 3 | Fidelity National Bank<br>West Memphis, AR 72301 | Checking account #1082302 | 1129-000 | 74,476.07 | | 80,055.10 |
| 12/12/14 | 003001 | Ellen Steele Foote<br>Crittenden County Tax Collector<br>250 Pine Ste 2<br>Marion, AR 72364 | 2013 delinquent business taxes<br>Parcel #147916 | 2820-000 | | 26.34 | 80,028.76 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 19.19 | 80,009.57 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 118.96 | 79,890.61 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 118.88 | 79,771.73 |
| 03/09/15 | 9 | U.S. Bank National Association<br>as Escrow Agent | Order dated 2-13-15 | 1229-000 | 787,538.62 | | 867,310.35 |
| 03/16/15 | 003002 | A. Jan Thomas, Jr.<br>Chapter 7 Trustee<br>306 W Bond<br>West Memphis, AR 72301 | Blanket bond premium reimbursement<br>International Sureties, Ltd.<br>3/23/15 to 3/23/16 | 2300-000 | | 159.58 | 867,150.77 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 107.23 | 867,043.54 |
| 04/02/15 | 10 | United States Treasury<br>Kansas City, MO | 12/2014 FUTA refund | 1224-000 | 988.23 | | 868,031.77 |
| 04/14/15 | 003003 | Ellen Steele Foote<br>Collector<br>250 Pine Suite 2<br>Marion, AR 72364 | 2014 Personal property taxes<br>Taxpayer #51446<br>PIN Number 24013 | 2820-000 | | 22.35 | 868,009.42 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 949.10 | 867,060.32 |
| 05/08/15 | 003004 | Arkansas Secretary of State<br>Business & Commercial Services Division<br>PO Box 8014 | MID-SOUTH CLINIC CORPORATION<br>Fed Tax ID#20-4978773<br>Annual Corporation Franchise Tax Report 2015 | 2820-000 | | 175.28 | 866,885.04 |

Page Subtotals     868,581.95     1,696.91

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Page: 2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 3:14-14949 -PMJ | Trustee Name: | A. JAN THOMAS, JR., Trustee |
|---|---|---|---|
| Case Name: | Crittenden Cares, Inc., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0519  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6486 | | |
| For Period Ending: | 05/09/17 | Blanket Bond (per case limit): | $ 60,956,170.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Little Rock, AR 72203-8014 | Articles of Dissolution | | | | |
| 05/11/15 | 003005 | Derek R. Pierce, CPA<br>BKD, LLP<br>400 W Capitol Avenue, Ste 2500<br>Little Rock, AR 72201 | Docket #83 Order Pay Accountant | 3410-000 | | 1,942.46 | 864,942.58 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,248.25 | 863,694.33 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,287.24 | 862,407.09 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,242.18 | 861,164.91 |
| 08/12/15 | 003006 | AR Secretary of State<br>Business & Commercial Services Div<br>PO Box 8014<br>Little Rock, AR  72203 | 2015 franchise tax<br>$150.00 franchise tax<br>$30.56 penalties | 2820-000 | | 180.56 | 860,984.35 |
| 08/18/15 | 003007 | Bart Ziegenhorn<br>106 Dover Rd. Ste.B<br>West Memphis, AR 72301 | Attorney for Trustees Attny<br>Per order 8-17-15 | 3210-000 | | 7,020.00 | 853,964.35 |
| 08/18/15 | 003008 | Bart Ziegenhorn<br>106 Dover Rd. Ste B<br>West Memphis, AR 72301 | attorney expenses for trustee<br>Per order 8-17-15 | 3220-000 | | 6.24 | 853,958.11 |
| 08/25/15 | 003009 | BKD, LLP<br>C/O Susan Miller<br>400 W. Capitol Ave, Ste. 2500<br>Little Rock, AR 72201 | Docket # 117 Order to Pay Accountan<br>Docket # 117 Order to Pay Accountant | 3410-000 | | 1,886.82 | 852,071.29 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,281.54 | 850,789.75 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,275.01 | 849,514.74 |
| 09/29/15 | 003010 | A. JAN THOMAS, JR. Trustee<br>306 WEST BOND AVENUE<br>WEST MEMPHIS, AR  72301-3996 | Chapter 7 Compensation/Fees | 2100-000 | | 46,679.10 | 802,835.64 |
| 09/29/15 | 003011 | A. JAN THOMAS, JR. Trustee<br>306 WEST BOND AVENUE | Chapter 7 Expenses | 2200-000 | | 1,953.38 | 800,882.26 |

Page Subtotals         0.00        66,002.78

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 3:14-14949 -PMJ | Trustee Name: | A. JAN THOMAS, JR., Trustee |
|---|---|---|---|
| Case Name: | Crittenden Cares, Inc., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0519 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6486 | | |
| For Period Ending: | 05/09/17 | Blanket Bond (per case limit): | $ 60,956,170.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WEST MEMPHIS, AR  72301-3996 | | | | | |
| 09/29/15 | 003012 | Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 | Claim 000024, Payment 100.00000% | 5400-000 | | 128,912.00 | 671,970.26 |
| 09/29/15 | 003013 | Nursefinders LLC<br>Barakat Alao<br>AMN Healthcare Inc.<br>12400 High Bluff Dr. Ste 100<br>San Diego CA 92130 | Claim 000013, Payment 3.91797% | 7100-000 | | 517.86 | 671,452.40 |
| 09/29/15 | 003014 | Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 | Claim 000023, Payment 3.91794% | 7100-000 | | 409,764.98 | 261,687.42 |
| 09/29/15 | 003015 | Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 | Claim 000025, Payment 3.91794% | 7100-000 | | 149,692.77 | 111,994.65 |
| 09/29/15 | 003016 | Keith Ingram<br>c/o Waller Lansden Dortch & Davis LLP<br>Attn: Ryan K. Cochran, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Claim 000045, Payment 3.91795% | 7100-000 | | 1,126.41 | 110,868.24 |
| 09/29/15 | 003017 | Source One Healthcare Professionals, Inc.<br>dba O.R. Nurses<br>Attn: Chris Coates<br>9037 Poplar Avenue, Ste. 103A<br>Germantown, TN 38138 | Claim 000049, Payment 3.91795% | 7100-000 | | 2,320.53 | 108,547.71 |
| 09/29/15 | 003018 | Pension Benefit Group Corportation<br>1200 K. Street<br>Washington, DC 20005 | Claim 24-U, Payment 3.91794% | 7100-000 | | 49,032.97 | 59,514.74 |
| 11/30/15 | 5 | U S Treasury | accounts recievable | 1121-000 | 246.74 | | 59,761.48 |
| | | | Page Subtotals | | 246.74 | 741,367.52 | |

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 3:14-14949 -PMJ | Trustee Name: | A. JAN THOMAS, JR., Trustee |
|---|---|---|---|
| Case Name: | Crittenden Cares, Inc., | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******0519 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6486 |  |  |
| For Period Ending: | 05/09/17 | Blanket Bond (per case limit): | $ 60,956,170.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/15 | 003019 | Arkansas Secretary of State<br>State Capitol, Suite 256<br>500 Woodlane Ave<br>Little Rock, AR 72201 | Franchise Tax | 2820-000 |  | 150.00 | 59,611.48 |
| 12/18/15 | 003020 | Arkansas Secretary of State<br>State Capitol, Suite 256<br>500 Woodlane Ave.<br>Little Rock, AR 72201 | articles of dissolution | 2820-000 |  | 50.00 | 59,561.48 |
| 12/18/15 | 003021 | Arkansas Secretary of State<br>State Capitol, Suite 256<br>500 Woodlane Ave.<br>Little Rock, AR 72201 | Final Arkansas Franchise Report | 2820-000 |  | 150.00 | 59,411.48 |
| 01/18/16 | 003022 | BKD, LLP<br>P.O. Box 3667<br>Little Rock, AR 72203-3667 | Pay<br>invoice # BK00535002 |  |  | 2,951.00 | 56,460.48 |
|  |  | Fees 2,837.50 |  | 3410-000 |  |  |  |
|  |  | Expenses 113.50 |  | 3420-000 |  |  |  |
| 03/08/16 | 003023 | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | pay<br>Bond payments | 2300-000 |  | 15.54 | 56,444.94 |
| 03/11/16 | 5 | Secretary of State<br>256 Capitol Bldg<br>Little Rock, AR 72201 | Accounts receivable | 1121-000 | 150.00 |  | 56,594.94 |
| 08/22/16 | 003024 | BKD CPAs & Advisors<br>400 W. Capitol Avenue, Suite 2500<br>P.O. Box 3687<br>Little Rock, AR 72203 | Invoice 00544432 1/19/16<br>BK00544432 1/19/16 | 3410-000 |  | 582.66 | 56,012.28 |
| 01/03/17 | 003025 | A. JAN THOMAS, JR. Trustee<br>306 WEST BOND AVENUE | Chapter 7 Compensation/Fees | 2100-000 |  | 19.83 | 55,992.45 |

Page Subtotals   150.00   3,919.03

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 3:14-14949 -PMJ | Trustee Name: | A. JAN THOMAS, JR., Trustee |
| --- | --- | --- | --- |
| Case Name: | Crittenden Cares, Inc., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0519 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6486 | | |
| For Period Ending: | 05/09/17 | Blanket Bond (per case limit): | $ 60,956,170.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/03/17 | 003026 | WEST MEMPHIS, AR 72301-3996 A. JAN THOMAS, JR. Trustee 306 WEST BOND AVENUE WEST MEMPHIS, AR 72301-3996 | Chapter 7 Expenses | 2200-000 | | 951.11 | 55,041.34 |
| 01/03/17 | 003027 | Nursefinders LLC Barakat Alao AMN Healthcare Inc. 12400 High Bluff Dr. Ste 100 San Diego CA 92130 | Claim 000013, Payment 0.43563% | 7100-000 | | 57.58 | 54,983.76 |
| 01/03/17 | 003028 | Pension Benefit Guaranty Corporation 1200 K Street, N.W. Washington, DC 20005 | Claim 000023, Payment 0.43566% | 7100-000 | | 45,563.87 | 9,419.89 |
| 01/03/17 | 003029 | Pension Benefit Guaranty Corporation 1200 K Street, N.W. Washington, DC 20005 | Claim 000025, Payment 0.10181% | 7100-000 | | 3,584.38 | 5,835.51 |
| * 01/03/17 | 003030 | Keith Ingram c/o Waller Lansden Dortch & Davis LLP Attn: Ryan K. Cochran, Esq. 511 Union Street, Suite 2700 Nashville, TN 37219 | Claim 000045, Payment 0.43565% | 7100-003 | | 125.25 | 5,710.26 |
| 01/03/17 | 003031 | Source One Healthcare Professionals, Inc. dba O.R. Nurses Attn: Chris Coates 9037 Poplar Avenue, Ste. 103A Germantown, TN 38138 | Claim 000049, Payment 0.43565% | 7100-000 | | 258.03 | 5,452.23 |
| 01/03/17 | 003032 | Pension Benefit Group Corportation 1200 K. Street Washington, DC 20005 | Claim 24-U, Payment 0.43566% | 7100-000 | | 5,452.23 | 0.00 |
| * 04/05/17 | 003030 | Keith Ingram | Claim 000045, Payment 0.43565% | 7100-003 | | -125.25 | 125.25 |

Page Subtotals    0.00    55,867.20

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 3:14-14949 -PMJ | Trustee Name: | A. JAN THOMAS, JR., Trustee |
| Case Name: | Crittenden Cares, Inc., | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0519 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6486 | | |
| For Period Ending: | 05/09/17 | Blanket Bond (per case limit): | $ 60,956,170.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/17 | 003033 | c/o Waller Lansden Dortch & Davis LLP<br>Attn: Ryan K. Cochran, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br><br>U.S. BANKRUPTCY COURT CLERK<br>300 West 2nd Street<br>LITTLE ROCK, AR  72201 | I contacted Runa at UBOC via e-mail and also left a voice mail message on 4/5/17.<br><br>Claim 000045, Payment 0.43565% | 7100-001 | | 125.25 | 0.00 |

|  | COLUMN TOTALS | 868,978.69 | 868,978.69 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 868,978.69 | 868,978.69 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 868,978.69 | 868,978.69 | |

|  | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Checking Account (Non-Interest Earn - ********0519 | 868,978.69 | 868,978.69 | 0.00 |
| | | 868,978.69 | 868,978.69 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     125.25

Ver: 20.00